UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL K. CHILES,

     Plaintiff,

v.                                 CASE NO. 8:21-cv-1887-SDM-JSS

LOYAL ORDER OF THE MOOSE,
LODGE 674,

     Defendant.
_____/

**ORDER**

     The mediator announces (Doc. 18) a settlement.  Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause.  The clerk is directed to close the case.

     ORDERED in Tampa, Florida, on June 21, 2022.

                                   _____

                                  STEVEN D. MERRYDAY
                                  UNITED STATES DISTRICT JUDGE